# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

BEIERSDORF, INC.; BRISTOL-MYERS
SQUIBB COMPANY; COMMONWEALTH
BRANDS, INC.; ENERGIZER BATTERY,
INC.; ENERGIZER HOLDINGS, INC.;
GENERAL MILLS, INC.; GEORGIA-PACIFIC
CONSUMER PRODUCTS LP; DIXIE CONSUMER
PRODUCTS LLC; HORMEL FOODS
CORPORATION; THE J.M. SMUCKER COMPANY;
JOHNSON & JOHNSON; KELLOGG COMPANY;
KIMBERLY-CLARK GLOBAL SALES, INC.;
KRAFT FOODS GLOBAL, INC.; LANDS O'LAKES,
INC.; LORILLARD TOBACCO COMPANY;
McCORMICK & COMPANY, INCORPORATED;
NESTLE USA, INC.; NESTLE PURINA PETCARE
COMPANY; PEPSICO, INC.; THE PROCTER &
GAMBLE DISTRIBUTING LLC; S.C. JOHNSON &
SON, INC.; and CONOPCO, INC. DBA UNILEVER,

                Plaintiffs,

                **Case No. 07-C-888**

    -vs-

INTERNATIONAL OUTSOURCING SERVICES, LLC;
THOMAS C. BALSIGER; BRUCE A. FURR; STEVEN A.
FURR; LANCE A. FURR; WILLIAM L. BABLER;
OVIDIO H. ENRIQUEZ; DAVID J. HOWARD; JAMES C.
CURREY; and HOWARD R. MCKAY,

                Defendants.

## ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO INTERNATIONAL OUTSOURCING SERVICES, LLC'S MOTION TO DISMISS

Upon consideration of the stipulation submitted by Plaintiffs and Defendant International Services, LLC ("IOS") concerning extending the date for Plaintiffs to respond

to IOS' Motion to Dismiss, and it appearing to the Court that sufficient cause exists for the issuance of such Order,

**IT IS HEREBY ORDERED** that Plaintiffs' response to IOS' Motion to Dismiss is now due **January 7, 2008**.

Dated at Milwaukee, Wisconsin, this 14th day of December, 2007.

**SO ORDERED,**

**s/ Rudolph T. Randa**
**HON. RUDOLPH T. RANDA**
**Chief Judge**