UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

BEIERSDORF, INC., et al.

        Plaintiffs,

v.                                       Case No. 07-C-888

INTERNATIONAL OUTSOURCING SERVICES, LLC, et al.,

        Defendants.

## ORDER GRANTING STIPULATION CONCERNING STAY WITH RESPECT TO INDIVIDUAL DEFENDANTS

Upon consideration of the stipulation submitted by Plaintiffs and by Defendants Thomas C. Balsiger, Bruce A. Furr, Steven A. Furr, Lance A. Furr, William L. Babler, Ovidio H. Enriquez, David J. Howard, James C. Currey, and Howard R. McKay (collectively "Individual Defendants"), concerning stay of this civil action, and it appearing to the Court that sufficient cause exists for the issuance of such Order,

IT IS HEREBY ORDERED that The Stipulation Concerning Stay with Respect to Individual Defendants ("Stipulation") is hereby approved and a stay is hereby entered with respect to the Individual Defendants and Plaintiffs in accordance with the terms of the Stipulation. The Court will proceed to decide the pending motions by IOS and Plaintiffs and any further or similar motion by IOS. Following the Court's decisions on such motions and the filing of any Amended Complaint as provided for in paragraphs 11 and 12 of the Stipulation, the

parties to the Stipulation shall jointly move the Court to stay this action with respect to all parties as referenced in Paragraph 12 of the Stipulation.

Dated this 8th day of February, 2008.

BY THE COURT:

s/ Rudolph T. Randa
Chief Judge Rudolph T. Randa