# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**BEIERSDORF, Inc., et al.,**

        Plaintiffs,

   -vs-                                    **Case No. 07-C-888**

**INTERNATIONAL OUTSOURCING SERVICES, LLC, et al.,**

        Defendants.

## DECISION AND ORDER

Plaintiffs Beiersdorf, Inc. et al. ("Beiersdorf") have filed a motion for a temporary restraining order pursuant to Rule 65 of the Federal Rules of Civil Procedure. The Defendants International Outsourcing Services, LLC, et al., ("IOS") were served and filed a letter response.

The standards for a temporary restraining order and preliminary injunction are identical. *Tran v. Kriz*, No. 08-C-228, 2008 WL 794546, *6 (E.D. Wis. March 21, 2008). Having considered the submissions of the parties and the file in this matter, the Court concludes that Beiersdorf has not satisfied the criteria for a restraining order. *See Woods v. Buss*, 496 F.3d 620, 622 (7th Cir. 2007). Therefore, Beiersdorf's motion for a temporary restraining order is denied. The Court will consider the motion as seeking preliminary injunctive relief and will conduct a telephonic hearing on the matter on Monday, May 12, 2008, at 11:00 a.m.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

Beiersdorf's motion for a temporary restraining order is **DENIED**.

The Court will consider the motion as seeking preliminary injunctive relief and will conduct a telephonic hearing on the matter on Monday, May 12, 2008, at 11:00 a.m. (CST).

Dated at Milwaukee, Wisconsin, this 9th day of May, 2008.

        **SO ORDERED,**

        *s/ Rudolph T. Randa*
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**