UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

**BEIERSDORF, INC., et al.,**

        Plaintiffs,

v.                                          **Case No. 07-C-888**

**INTERNATIONAL OUTSOURCING SERVICES, LLC, et al.,**

        Defendants.

---

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

---

PLEASE TAKE NOTICE that Plaintiffs Beiersdorf Inc., Bristol-Myers Squibb Co., Commonwealth Brands Inc., Conopco Inc., Del Monte Corporation, Energizer Battery Inc., Energizer Holdings Inc., General Mills Inc., Gerber Products Co., HJ Heinz Company, Hormel Foods Corporation, Johnson & Johnson, Kellogg Company, Kimberly-Clark Global Sales Inc., Kraft Foods Global Inc., Land O'Lakes Inc., McCormick & Company Incorporated, Nestle Purina Petcare Company, Nestle USA Inc., Pepsico Inc., SC Johnson & Son Inc., The JM Smucker Company, and The Procter & Gamble Distributing LLC hereby voluntarily dismiss their claims in this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated this 30th day of April, 2019.

*Electronically Signed by Beth J. Kushner*
Beth J. Kushner, SBN 1008591
*bkushner@vonbriesen.com*
von BRIESEN & ROPER, S.C.
411 East Wisconsin Avenue, Suite 1000
Milwaukee, WI 53202
Phone: (414) 287-1373
Fax: (414) 276-6281

*Counsel for Plaintiffs Beiersdorf Inc., Bristol-Myers Squibb Co., Commonwealth Brands Inc., Conopco Inc., Del Monte Corporation, Energizer Battery Inc., Energizer Holdings Inc., General Mills Inc., Gerber Products Co., HJ Heinz Company, Hormel Foods Corporation, Johnson & Johnson, Kellogg Company, Kimberly-Clark Global Sales Inc., Kraft Foods Global Inc., Land O'Lakes Inc., McCormick & Company Incorporated, Nestle Purina Petcare Company, Nestle USA Inc., Pepsico Inc., SC Johnson & Son Inc., The JM Smucker Company, and The Procter & Gamble Distributing LLC*

33057698_1